**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 337 EAL 2014
:
        Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
THEODORE WOODALL, :
:
        Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.